IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VANCE S. ELLIOT, | No. C 14-80009RS |
| Plaintiff, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| THE DEPARTMENT OF VETERANS AFFAIRS, | |
| Defendant. | |

By order issued in Case No 04-1600 MHP, on August 18, 2004, Judge Marilyn Patel of this district required pre-filing review of all papers submitted by plaintiff involving any claims that were the subject of or related to the claims in that action. Plaintiff has now submitted a complaint apparently alleging slander against the Department of Veterans Affairs. Although the allegations are not entirely clear, they do not appear to relate to the matters plaintiff raised in Case No. 04-1600 MHP, and therefore the order in that case does not serve as a basis to deny plaintiff permission to proceed in this action.

Plaintiff, however, also seeks leave to proceed in forma pauperis. Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action in forma pauperis if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The court may deny in forma pauperis status, however, if it appears from

the face of the proposed complaint that the action is frivolous or without merit. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990); *Tripati v. First National Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987).

As presently drafted, the complaint is without merit in that it is fails to set forth a cognizable claim. In particular, the bulk of the complaint is illegible. Accordingly, plaintiff's request to proceed in forma pauperis is denied without prejudice. If plaintiff does not pay the filing fee within thirty (30) days of receiving this order, this action will be dismissed without prejudice.

IT IS SO ORDERED.

Dated: 01/27/2014

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Vance S. Elliott
640 Eddy Street, #219
San Francisco, CA 94109

DATED: 01/27/2014

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

2