UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF VETERAN AFFAIRS,<br><br>　　　　Defendant. | Case No.  14-mc-80117-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Richard Seeborg for consideration of whether the case is related to 14-mc-80009.

**IT IS SO ORDERED.**

Dated: May 30, 2014

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE ELLIOT,<br><br>        Plaintiff,<br><br>  v.<br><br>THE DEPARTMENT OF VETERAN AFFAIRS et al,<br><br>        Defendant. | Case Number: CV14-80117 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Vance S. Elliott
640 Eddy Street
Room 219
San Francisco, CA 94109

Dated: May 30, 2014

                            Richard W. Wieking, Clerk
                            By: Jean Davis, Deputy Clerk