IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VANCE S. ELLIOT,<br><br>            Plaintiff,<br><br>    v.<br><br>THE DEPARTMENT OF VETERANS AFFAIRS,<br><br>            Defendant.<br>_____/ | No. 14-mc-80009 RS<br>14-mc-80117 RS<br><br>**ORDER DIRECTING CLERK TO ASSIGN CIVIL CASE NUMBER** |

By order issued in Case No. 04-1600 MHP, on February 14, 2006, Judge Marilyn Hall Patel of this district required pre-filing review of all papers submitted by plaintiff Vance Elliot involving any claims that were the subject of or related to the claims in that action. Plaintiff is thus required to obtain leave of court before filing a new complaint.

Mr. Elliot filed a complaint in January 2014 against the Department of Veterans Affairs. *See* ECF No. 1. He filed another complaint against the agency in April 2014. *See* No. 14-mc-80117. The two cases were deemed related. *See id.*; ECF No. 4. Because the subject matter of Mr. Elliot's pending complaints are beyond the scope of the applicable pre-filing review order, the clerk's office is directed to assign new civil case numbers to both this action (No. 14-mc-80009) and the related action (No. 14-mc-80117).

IT IS SO ORDERED.

Dated: 6/10/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Vance S. Elliott
640 Eddy Street, #219
San Francisco, CA 94109

DATED: 6/10/14

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

**United States District Court**
For the Northern District of California